IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD TURRELL, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ADELPHIA COMMUNICATIONS CORPORATION, JOHN J. RIGAS, JAMES P. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS, AND DELOITTE & TOUCHE LLP,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION NO. 02-CV-3197<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter our appearance in the above-captioned action on behalf of defendant, Deloitte & Touche LLP.

　
　
_____
Alan J. Davis
William A. Slaughter
Joel E. Tasca
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
(215) 864-8230/8114/8188
(215) 864-8999 (fax)

Date:  June 17, 2002

PHL_A #1635542 v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 17, 2002, I caused a true and correct copy of the foregoing Entry of Appearance to be served by First Class Mail upon:

Peter Lennon, Esquire
KAPLAN, FOX & KILSHEIMER LLP
2200 West Chester, Suite B-8
Broomall, PA 19008

Frederick S. Fox, Esquire
KAPLAN, FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

                                      _____
                                      Joel E. Tasca