IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD TURRELL, On Behalf of Himself and All Others Similarly Situated | : CIVIL ACTION : : : |
| v. | : : |
| ADELPHIA COMMUNICATIONS CORPORATION, JOHN J. RIGAS, JAMES P. RIGAS, MICHAEL J. RIGAS, TIMOTHY J. RIGAS and DELOITTE & TOUCHE, LLP | : : : : : NO. 02-3197 |

**O R D E R**

**AND NOW,** this          day of October, 2002, upon consideration of plaintiff's Motions for Consolidation of This and any Other Action Filed Against Adelphia Communications by Purchasers of its 6% Convertible Subordinated Notes Due 2006; for Appointment as Lead Plaintiff for Purchasers of Adelphia's 6% Convertible Subordinated Notes Due 2006; and, for Appointment of Lead Plaintiff's Choice of Lead Counsel (Doc. #2, all parts), as Fed. R. Civ. P. 42(a) provides for consolidation of actions which "are pending" and not which conceivably may be initiated at some future time; as this case has not been certified as a class action; and, as a motion to transfer this action pursuant to 28 U.S.C. § 1407 is pending, **IT IS HEREBY ORDERED** that said Motion is **DENIED.**

BY THE COURT:

_____
**JAY C. WALDMAN, J.**