IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VR ASSOCIATES** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **ADELPHIA COMMUNICATIONS, et al.** | : | NO. 02-2238 |

| | | |
|---|---|---|
| **TURRELL** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **ADELPHIA COMMUNICATIONS, et al.** | : | NO. 02-3197 |

## O R D E R

**AND NOW,** this         day of October, 2002, upon consideration of the defendants' Petition for Reassignment (Doc. #2) by which defendants seek a reassignment of the above two actions to the Honorable Herbert H. Hutton for consolidation with the nineteen related cases pending before him and consolidated by order of Judge Hutton entered on April 30, 2002, as it appears that the above actions are related in all material respects to those pending before Judge Hutton and are subject to his consolidation order, **IT IS HEREBY ORDERED** that said Petition is **GRANTED** in that the above cases will be referred to the Chief Judge and Clerk of Court for reassignment to Judge Hutton.

                                                **BY THE COURT:**

                                                _____
                                                **JAY C. WALDMAN, J.**