IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VR ASSOCIATES | CIVIL ACTION |
| VS. | NO. 02-2238 |
| ADELPHIA COMMUNICATIONS, ET AL. | |

| | |
|---|---|
| RICHARD TURRELL | NO. 02-3197 |
| VS. | |
| ADELPHIA COMMUNICATIONS CORP., ET AL | |

**ORDER**

AND NOW, this 29th day of OCTOBER, 2002, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Jay C. Waldman to the Honorable Herbert J. Hutton, for consolidation as related to Civil Action No. 02-1781..

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

MICHAEL E. KUNZ
Clerk of Court